```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0007--CR (JWS)
                   "USA V ALLEN L. SIFTSOFF"
                   DEF 1.1 SIFTSOFF, ALLEN L.
```

In public format, including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
               Filed: 07/16/03
              Closed: 02/12/04
No. of Defendants: 1
   MJ Case Number:
              AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
Needs interpreter: NO
 Counsel of record: Mark D. Osterman
                    215 Fidalgo, Suite 106
                    Kenai, AK 99611
                    907-283-5660
                    FAX 907-283-5677
                    Serve: YES
                     Type: CJA
                     Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SIFTSOFF, ALLEN L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:841(a)(1) & (b)(1)(C) POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Sentenced (26-1) |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE J03-0007--CR (JWS)
                                   "USA V ALLEN L. SIFTSOFF"

                            In public format, for all filing dates
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
            Filed: 07/16/03
           Closed: 02/12/04
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 07/16/03 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 07/16/03 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 07/16/03 | [Re: DEF 1] JDR Grand Jury Minutes re case SECRET, WOA to be issed; no bail set. |
| NOTE - 2 | 09/02/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/1/03 in Sitka, AK. |
| 2A- 1 | 09/02/03 | [Re: DEF 1] PMP Order of Detention Pending Hearing set for 9/8/03, 1:30 p.m. at Juneau. cc: USA, PFD, USM, USPO, Judge |
| NOTE - 3 | 09/03/03 | Issued: Proposed Trial Date Setting for Arr. |
| NOTE - 4 | 09/04/03 | Issued: Speedy Trial Notice to Judge Sedwick. |
| 3 - 1 | 09/04/03 | [Re: DEF 1] PMP Court Minutes [ECR Gala Nelson] re Arr on Indt hld 9/2/03; S. Tatter apptd; def pled not guilty; def detained; det hrg set for 9/8/03 at 1:30 p.m. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 4 - 1 | 09/04/03 | [Re: DEF 1] Return of WOA executed 9/1/03 at Sitka, AK by FBI for DEA. |
| 5 - 1 | 09/05/03 | [Re: DEF 1] JWS Minute Order setting TBJ for Wed, 10/29/03 at 9:00 am in Juneau & Final PT Conf for 10/29/03 at 8:30 am. cc: USA, USM, PO, FPD, MJ Pallenberg, jury clerk, Juneau Clerk |
| 6 - 1 | 09/09/03 | [Re: DEF 1] PMP Court Minutes [ECR Gala Nelson] re det hrg hld 9/8/03; def detained; cnsl advised of trial date of 10/29/03 before Judge Sedwick; cnsl to meet & confer re dscvy by 9/12/03; PTM's due 9/19/03; bail review hrg set for 9/17/03 at 3:00 p.m. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 7 - 1 | 09/09/03 | [Re: DEF 1] PMP Order of Detention Pending Trial. cc:USA, FPD, USM, USPO |
| 8 - 1 | 09/09/03 | [Re: DEF 1] PMP Order regarding preparation for trial re cnsl to meet & confer by 9/12/03; PTM's due 9/19/03. cc: USA, FPD |
| 9 - 1 | 09/18/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 10 - 1 | 09/23/03 | [Re: DEF 1] PMP Court Minutes [ECR: Gala Nelson] re: Bail Review Hearing held 9/17/03: third-party custody DENIED; detention continued. cc: USA, FPD, USM, USPO, Judge |
| 11 - 1 | 10/06/03 | DEF 1 motion for reconsideration of bail w/att memo & exh. |
| 12 - 1 | 10/20/03 | DEF 1 Unopposed motion to continue trial w/att aff. |
| 13 - 1 | 10/21/03 | [Re: DEF 1] JWS Order granting unoppo mot to continue trial (12-1); 10/29/03 FPTC and TBJ in Juneau are reset to 11/10/03 at 8:30 a.m. and |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE J03-0007--CR (JWS)
                             "USA V ALLEN L. SIFTSOFF"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | 9:00 a.m., respectively. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC, ECR, Divisional Deputy |
| 14 - | 1 | 10/24/03 | [Re: DEF 1] PMP Minute Order granting motion for reconsideration of bail (11-1); A Bail Review hrg set for 10/30/03 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| 15 - | 1 | 10/30/03 | [Re: DEF 1] PMP Court Minutes [ECR: Gala Nelson] re: Bail Review hrg 9held 10/30/03): limited release and 3rd party proposal denied; def detained. cc: USA, FPD, USM, USPO, Judge |
| 16 - | 1 | 11/03/03 | {SEALED} |
| 17 - | 1 | 11/04/03 | [Re: DEF 1] JWS Minute Order that matter is referred to MJ Pallenberg for an R&R following a PCOP hrg; 11/10/03 FPTC and TBJ at Juneau are vacated. cc: USA, FPD, USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy |
| 18 - | 1 | 11/04/03 | {SEALED} |
| 19 - | 1 | 11/06/03 | [Re: DEF 1] PMP Minute Order re PCOP set for 11/10/03 at 1:30 p.m, Juneau, AK. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 20 - | 1 | 11/12/03 | [Re: DEF 1] See R&R Below (accept the defendant's plea of guilty). |
| 20 - | 2 | 11/12/03 | Initial R&R re: [Re: DEF 1] See R&R Below (accept the defendant's plea of guilty) (20-1); Objections due 11/20/03. Reply due 11/28/03. cc: USA, FPD, Judge Sedwick |
| 21 - | 1 | 11/19/03 | {SEALED} |
| 22 - | 1 | 12/04/03 | {SEALED} |
| 23 - | 1 | 02/05/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 24 - | 1 | 02/05/04 | DEF 1 Sentencing Memorandum. |
| 25 - | 1 | 02/12/04 | {SEALED} |
| 26 - | 1 | 02/12/04 | {SEALED} |
| 27 - | 1 | 03/25/04 | {SEALED} |
| 28 - | 1 | 11/01/04 | DEF 1 motion to vacate, set aside or correct sentence w/att exhs. |
| 29 - | 1 | 11/01/04 | DEF 1 motion (application) to proceed in forma pauperis. |
| 30 - | 1 | 11/01/04 | DEF 1 motion for appointment of counsel. |
| 31 - | 1 | 11/03/04 | [Re: DEF 1] RRB Order directing svc & response; granting mot for appt of cnsl (30-1); FPD to designate cnsl; cnsl to file notice of appear; def cnsl to file 2255 mot by 12/3/04; USA to file ans by 1/3/05; terminating in light of this order: mot (appl) to proceed I/P (29-1); striking mot to vacate, set aside or correct sentence (28-1); case referred to MJ Pallenberg per D.Ak.LMR 4(5). cc: USA, A. Siftsoff, FPD (CJA Clk), MJ Pallenberg, PSLC |
| 32 - | 1 | 11/05/04 | [Re: DEF 1] CJA appointment of M. Osterman. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE J03-0007--CR (JWS)
                         "USA V ALLEN L. SIFTSOFF"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 33 - | 1 | 11/10/04 | DEF 1 Attorney Appearance of M. Osterman. |
| 34 - | 1 | 11/29/04 | DEF 1 motion for additional time of 30 days re: 2255 motion w/att memo. |
| 35 - | 1 | 11/30/04 | [Re: DEF 1] PMP Order granting motion for additional time of 30 days from date of this order re: 2255 motion. (34-1) cc: USA, M. Osterman, Judge Sedwick |
| 36 - | 1 | 01/26/05 | [Re: DEF 1] PLF 1 motion on shortened time to unseal change of plea and imposition of sentence hearings for transcriptions purposes. |
| 37 - | 1 | 01/26/05 | [Re: DEF 1] JWS Order granting motion on shortened time to unseal change of plea and imposition of sentence (36-1).  cc: USA, M. Osterman, ECRO |
| 38 - | 1 | 02/07/05 | [Re: DEF 1] PMP Minute Order re cnsl for def to show cause by 2/22/05 why sanctions should not be imposed against him or new cnsl appt to represent def as a result of failure to comply w/the crts orders at 31 & 35; govt's answer due 30 days from time as an approp mot fld on def's behalf. cc: USA, M. Osterman |
| 39 - | 1 | 02/08/05 | DEF 1 motion to allow late filing of motion to vacate, set aside or correct sentence w/att propo mot. |
| 40 - | 1 | 02/15/05 | DEF 1 reply to crt order to show cause w/att affs & exhs. |
| 41 - | 1 | 02/17/05 | [Re: DEF 1] PMP Minute Order re status hrg set for 2/24/05 at 10:00 a.m. cc: USA, M. Osterman, USM, USPO |
| 42 - | 1 | 02/23/05 | {SEALED} |
| 43 - | 1 | 02/23/05 | {SEALED} |
| 44 - | 1 | 02/24/05 | [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] re: Status hrg (held 2/24/05): Def cnsl supplemental memo due 3/17/05; plf reply due 4/18/05; def reply due 4/28/05. cc: F. Russo, M. Osterman, Judge Sedwick |
| 45 - | 1 | 03/15/05 | DEF 1 Supplemental memo re: DEF 1 motion to vacate, set aside or correct sentence (28-1) w/att exhs (filed under seal). |
| 46 - | 1 | 04/15/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside or correct sentence (28-1) w/att exhs. |
| 47 - | 1 | 06/08/05 | DEF 1 motion to allow late filing of the reply to the plaintiff's opposition to motion to vacate, set aside, or correct sentence. |
| 48 - | 1 | 06/17/05 | DEF 1 Supplemental case law re: DEF 1 motion to vacate, set aside or correct sentence (28-1) w/att exh. |
| 49 - | 1 | 06/21/05 | [Re: DEF 1] PMP Order granting motion to allow late filing reply to the plaintiff's opposition to motion to allow late filing. (47-1) cc: USA (Russo), M. Osterman |
| 50 - | 1 | 06/21/05 | DEF 1 reply to opposition to DEF 1 motion to vacate, set aside or correct sentence. (28-1) |
| 51 - | 1 | 06/27/05 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J03-0007--CR (JWS)
"USA V ALLEN L. SIFTSOFF"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 51 - 2 | 06/29/05 | {SEALED} |
| 52 - 1 | 07/08/05 | Initial R&R re: DEF 1 motion to vacate, set aside or correct sentence. (28-1). Objections due 07/21/05. Reply due 07/28/05. cc: USA, M. Osterman |
| 53 - 1 | 07/21/05 | DEF 1 objection to R&R re: DEF 1 motion to vacate, set aside or correct sentence (28-1). |
| 54 - 1 | 08/08/05 | Final R&R re: DEF 1 motion to vacate, set aside or correct sentence. (28-1) |
| 55 - 1 | 08/12/05 | [Re: DEF 1] JWS Order adopting R&R; denying mot to vacate, set aside or correct sentence (28-1). cc: USA, M. Osterman, MJ Pallenberg |
| 56 - 1 | 08/18/05 | [Re: DEF 1] JWS Order Judgment in a Civil Case. Def's application for post conviction relief 28:2255 is dismissed. cc: AUAS, M. Osterman |
| 57 - 1 | 10/18/05 | {SEALED} |
| 57 - 2 | 10/19/05 | {SEALED} |